UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| VIVIAN LEANN GRAVES | CIVIL ACTION |
|---|---|
| VERSUS | NO. 09-5633 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "A" (2) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of defendant to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendant's Motion to Dismiss, Record Doc. No. 8, is **DENIED**.

New Orleans, Louisiana, this __18th__ day of ___December___, 2009.

_____
UNITED STATES DISTRICT JUDGE