UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN LEANN GRAVES | CIVIL ACTION |
| VERSUS | NO. 09-5633 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "A" (2) |

## ORDER

The court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and the Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this <u>14th</u> day of <u>September</u>, 2010.

_____
UNITED STATES DISTRICT JUDGE